UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
GERADO NUNEZ and SANDRA NUNEZ )
) No. 15-10744
) Chapter 13 (Joliet)
Debtors ) Honorable Pamela S. Hollis
) Hearing Date: 09/21/2018, 11:00 a.m.

## AGREED ORDER

This matter coming before the court for hearing on NOTTINGHAM RIDGE HOMEOWNERS ASSOCIATION's Motion for Relief from Stay pursuant to Section 362 and Relief from the debtors Stay pursuant to Section 1301 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the parties being in agreement and the court being fully advised,

IT IS HEREBY ORDERED:

1. Through September 2018, there is a balance of $1,411.00 due and owing to Nottingham Ridge Homeowners Association from Debtors for post-petition assessments, late fee, attorney's fees, and court costs.

2. Debtor shall pay this $1,411.00 balance as follows:

    a. $630.00 shall be paid on or before September 21, 2018;

    b. $130.16 shall be paid on or before October 21, 2018;

    c. $130.16 shall be paid on or before November 21, 2018;

    d. $130.16 shall be paid on or before December 21, 2018;

    e. $130.16 shall be paid on or before January 21, 2019;

    f. $130.16 shall be paid on or before February 21, 2019.

    g. $130.20 shall be paid on or before March 21, 2019.

By _____  By _____
Rachel Irwin, Attorney for Nottingham      Briana Czajka, attorney for debtors
Ridge Homeowners Association

1

3. Additionally, Debtors shall pay their regular quarterly assessment and all other charges which become due and owing on or before the 1st of each month beginning with the October 2018 assessment and continuing for the pendency of the bankruptcy.

4. Should Debtors default on any of the payments set forth in Paragraphs 2 or 3 above, Nottingham Ridge Homeowners Association shall send notice of said default to the Debtors and counsel for Debtors. Debtors shall then have 21 days from the date of the default notice to cure the same.

5. In the event Debtors do not cure any default with respect to the payments set forth in Paragraphs 2 or 3 after notice and within the 21 days provided herein, the automatic stay shall be dissolved without further order of Court and Nottingham Ridge Homeowners Association shall be entitled to pursue any and all remedies available to it for the collection of said amounts plus any additional unpaid post-petition amounts.

AGREED TO:

By _____
Attorney for Nottingham Ridge
Homeowners Association

By _____
Briana Czajka, attorney for debtors

SEP 2 1 2018

ENTER:

_____
Bankruptcy Judge
Date:

Attorney No. 6327075
Rachel Irwin
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

2