IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GERADO NUNEZ and SANDRA NUNEZ ) | |
| ) | No. 15-10744 |
| ) | Chapter 13 (Joliet) |
| Debtors ) | Honorable Pamela S. Hollis |
| ) | |

## NOTICE OF DEFAULT

Notice of default of the September 21, 2018 Agreed Order is hereby given to Gerado Nunez, Sandra Nunez and counsel for Debtor. Pursuant to the Agreed Order, Debtors were to pay $130.16 per month toward the arrearage on their post-petition assessment account with Creditor Nottingham Ridge Homeowners Association and remain current on the accruing assessments. The remaining unpaid balance should have been $520.68 as of December 7, 2018. However, the actual balance on the post-petition account is $841.00. Therefore, Debtors are in default under the Agreed Order in the amount of $320.32.

Please consider this a notice of default pursuant to paragraph 4 of the Agreed Order. Please forward $320.32 by cashier's check or money order made payable to Nottingham Ridge Homeowners Association to Keay & Costello, P.C., 128 South County Farm Road, Wheaton, Illinois 60187 no later than December 28, 2018. If the amount of $320.32 is not paid by December 28, 2018 to bring the Agreed Order's payment plan current, the automatic stay on collection shall be dissolved pursuant to paragraph 4 of the Agreed Order and Nottingham Ridge Homeowners Association shall be entitled to pursue any and all remedies available to it for the collection of the post-petition arrearage.

NOTTINGHAM RIDGE HOMEOWNERS
ASSOCIATION

By: _____
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

2

## Account History Report
## Nottingham Ridge Hoa

**Gerardo M Nunez**  00212-4081

| | | |
|---|---|---|
| Community Address: | 331 Lexington Drive | |
| | Romeoville, IL 60446 | |
| Mailing Address: | 331 Lexington Drive | |
| | Romeoville, IL 60446 | |

Date Settled: Wed Mar 25, 2015
Unit Type:  01 - Unit Type 01

Last payment date:  Thu Sep 13, 2018
Last payment amount:  630.00
Current balance:  )

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 01/31/2016 | Opening Balance | 180.00 | | 180.00 | | | |
| 02/29/2016 | Late Fee | 10.00 | | 190.00 | | Late Fee | Late Fee: 02/29/2016 |
| 03/31/2016 | Late Fee | 10.00 | | 200.00 | | Late Fee | Late Fee: 03/31/2016 |
| 04/01/2016 | Quarterly Assessment | 50.00 | | 250.00 | | Quarterly Charges | Recurring Charges: 04/01/2016 |
| 04/30/2016 | Late Fee | 10.00 | | 260.00 | | Late Fee | Late Fee: 04/30/2016 |
| 05/31/2016 | Late Fee | 10.00 | | 270.00 | | Late Fee | Late Fee: 05/31/2016 |
| 06/30/2016 | Late Fee | 10.00 | | 280.00 | | Late Fee | Late Fee: 06/30/2016 |
| 07/01/2016 | Quarterly Assessment | 50.00 | | 330.00 | | Quarterly Charges | Recurring Charges: 07/01/2016 |
| 07/05/2016 | Lockbox Payment | | -140.00 | 190.00 | | 1531 | Lock Box: 07/05/2016 |
| 07/31/2016 | Late Fee | 10.00 | | 200.00 | | Late Fee | Late Fee: 07/31/2016 |
| 08/31/2016 | Late Fee | 10.00 | | 210.00 | | Late Fee | Late Fee: 08/31/2016 |
| 09/30/2016 | Late Fee | 10.00 | | 220.00 | | Late Fee | Late Fee: 09/30/2016 |
| 10/01/2016 | Quarterly Assessment | 50.00 | | 270.00 | | Quarterly Charges | Recurring Charges: 10/01/2016 |
| 10/31/2016 | Late Fee | 10.00 | | 280.00 | | Late Fee | Late Fee: 10/31/2016 |
| 11/30/2016 | Late Fee | 10.00 | | 290.00 | | Late Fee | Late Fee: 11/30/2016 |
| 01/01/2017 | Quarterly Assessment | 50.00 | | 340.00 | | Quarterly Charges | Recurring Charges: 01/01/2017 |
| 01/31/2017 | Late Fee | 10.00 | | 350.00 | | Late Fee | Late Fee: 01/31/2017 |
| 02/28/2017 | Late Fee | 10.00 | | 360.00 | | Late Fee | Late Fee: 02/28/2017 |
| 03/13/2017 | Lockbox Payment | | -150.00 | 210.00 | | 1589 | Lock Box: 03/13/2017 |
| 04/01/2017 | Quarterly Assessment | 50.00 | | 260.00 | | Quarterly Charges | Recurring Charges: 04/01/2017 |
| 04/30/2017 | Late Fee | 10.00 | | 270.00 | | Late Fee | Late Fee: 04/30/2017 |
| 05/31/2017 | Late Fee | 10.00 | | 280.00 | | Late Fee | Late Fee: 05/31/2017 |
| 06/30/2017 | Late Fee | 10.00 | | 290.00 | | Late Fee | Late Fee: 06/30/2017 |
| 07/01/2017 | Quarterly Assessment | 50.00 | | 340.00 | | Quarterly Charges | Recurring Charges: 07/01/2017 |
| 07/31/2017 | Late Fee | 10.00 | | 350.00 | | Late Fee | Late Fee: 07/31/2017 |
| 08/31/2017 | Late Fee | 10.00 | | 360.00 | | Late Fee | Late Fee: 08/31/2017 |
| 09/30/2017 | Late Fee | 10.00 | | 370.00 | | Late Fee | Late Fee: 09/30/2017 |
| 10/01/2017 | Quarterly Assessment | 50.00 | | 420.00 | | Quarterly Charges | Recurring Charges: 10/01/2017 |
| 10/31/2017 | Late Fee | 10.00 | | 430.00 | | Late Fee | Late Fee: 10/31/2017 |
| 11/30/2017 | Late Fee | 10.00 | | 440.00 | | Late Fee | Late Fee: 11/30/2017 |
| 01/01/2018 | Quarterly Assessment | 50.00 | | 490.00 | | Quarterly Charges | Recurring Charges: 01/01/2018 |
| 01/31/2018 | Late Fee | 10.00 | | 500.00 | | Late Fee | Late Fee: 01/31/2018 |
| 02/28/2018 | Late Fee | 10.00 | | 510.00 | | Late Fee | Late Fee: 02/28/2018 |
| 03/31/2018 | Late Fee | 10.00 | | 520.00 | | Late Fee | Late Fee: 03/31/2018 |
| 04/01/2018 | Quarterly Assessment | 50.00 | | 570.00 | | Quarterly Charges | Recurring Charges: 04/01/2018 |
| 04/30/2018 | Late Fee | 10.00 | | 580.00 | | Late Fee | Late Fee: 04/30/2018 |
| 05/15/2018 | Delinq Proc Fee - Assn | 175.00 | | 755.00 | | Attorney | Processing Fee |
| 05/15/2018 | Lockbox Payment | | -100.00 | 655.00 | | 133 | Lock Box: 05/15/2018 |
| 05/25/2018 | Compliance Fine | 100.00 | | 755.00 | | clean siding | clean siding |
| 05/31/2018 | Delinq Proc Fee - Assn | | -175.00 | 580.00 | | Adj 05.15.18 | Waived DELQASN |
| 07/01/2018 | Quarterly Assessment | 50.00 | | 630.00 | | Quarterly Charges | Recurring Charges: 07/01/2018 |
| 09/13/2018 | Check | | -630.00 | 0.00 | | 142 | NUNEZ |
| 10/01/2018 | Quarterly Assessment | 50.00 | | 50.00 | | Quarterly Charges | Recurring Charges: 10/01/2018 |
| 10/03/2018 | Legal Fee | 781.00 | | 831.00 | | 91568 | Legal Fee |
| 10/31/2018 | Late Fee | 10.00 | | 841.00 | | Late Fee | Late Fee: 10/31/2018 |